[No. 10455-9-III.   Division Three.   March 21, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
ANTHONY MODEST, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01461-0, Heather Van Nuys, J., entered November 29, 1989. *Appeal stayed pending receipt of the trial court's findings and conclusions* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ. See 62 Wn. App. 1007.

[No. 25206-2-I.   Division One.   March 25, 1991.]

AMERICAN DISCOUNT CORPORATION, *Appellant*, v. EARL
KOCH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-03187-1, James J. Dore, J., entered November 17, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Kennedy, JJ.

[No. 10438-9-III.   Division Three.   March 26, 1991.]

*In the Matter of the Marriage of* KAROLE L. GODES,
*Appellant, and* GARY J. GODES,
*Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 86-3-00184-2, Larry M. Kristianson, J., entered December 1, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.